1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD L. SEAY,                          Case No. 1:25-cv-00371-CDB (PC)

12                    Plaintiff,
                                               ORDER GRANTING REQUEST TO
13          v.                                 PROCEED *IN FORMA PAUPERIS*

14    PAT HORN, *et al.*,                       (Doc. 2)

15                    Defendants.              ORDER DIRECTING PAYMENT OF
                                               INMATE FILING FEE BY CALIFORNIA
16                                             DEPARTMENT OF CORRECTIONS
                                               AND REHABILITATION
17

18

19          Plaintiff Ronald L. Seay ("Plaintiff") is a state prisoner proceeding pro se in this civil

20   rights action filed under 42 U.S.C. § 1983.  (Doc. 1).  Plaintiff has requested leave to proceed *in*

21   *forma pauperis* pursuant to 28 U.S.C. § 1915 and has made the showing required by subsection

22   1915(a).  (Docs. 2, 6).  Accordingly, the request to proceed *in forma pauperis* is GRANTED.

23          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

24   monthly payments in the amount of twenty percent (20%) of the preceding month's income

25   credited to Plaintiff's trust account.  28 U.S.C. § 1915(b)(1).  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of the Court payments from

27   Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

28   fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED:

1.      Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED.

**2.      The Director of the California Department of Corrections and Rehabilitation or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall clearly identify the name and number assigned to this action.**

3.      The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF).

4.      The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 2, 2025**

_____
UNITED STATES MAGISTRATE JUDGE