UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD L. SEAY

Plaintiff,

v.

PAT HORN, et al.,

Defendants.

Case No.: 1:25-cv-00371-KES-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Docs. 14, 15

Plaintiff Ronald L. Seay is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2026, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for plaintiff's failure to obey a court order and failure to prosecute this action. Doc. 15. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 21 days of service. *Id.* at 4. Plaintiff did not file objections, and the time to do so has expired. Doc. 15.

In accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed this case de novo. Having carefully reviewed the file, the Court finds the findings and recommendations to be

supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued September 22, 2026, Doc. 15, are ADOPTED in full.
2. This action is DISMISSED without prejudice, for failure to prosecute and failure to comply with a court order.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE